# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:                            CASE NO: 25-50180-KKS
                                      CHAPTER 7

**Gordon Clark Smith,**

        **Debtor.**

_____)

## MOTION TO EXTEND THE TIME TO OBJECT TO DISCHARGE OF DEBTOR AND MEMORANDUM OF LAW

**COMES NOW**, Mary W. Colón, Chapter 7 Trustee, and files this motion to extend the time to object to discharge of debtor and memorandum of law, pursuant to Federal Rule of Bankruptcy Procedure 4004(b), moves for an extension of time to file a complaint objecting to the discharge of Debtor, and as grounds therefore states:

### RELEVANT FACTS

1. On September 10, 2025, Gordon Clark Smith, (herein the "Debtor") filed a voluntary petition under chapter 7 of the Bankruptcy Code in this case. This case is currently pending, and no discharge order has been entered.

1

2. The initial §341(a) meeting of creditors in the chapter 7 was first set and conducted on October 20, 2025 and last continued to December 01, 2025. Therefore the filing of this motion is timely pursuant to Federal Rule of Bankruptcy Procedure 4004.

3. The deadline to objection to the discharge of Debtor is December 19, 2025.

4.

5. Trustee has requested additional documentation be provided by Debtor.

6.

7. Trustee needs additional time to investigate this case.

8. Debtor's counsel consents to a 30 day extension of time to objection to discharge.

## ARGUMENT & MEMORANDUM OF LAW

Federal Rule of Bankruptcy Procedure 4004(b) provides: On motion of any party in interest, after hearing on notice, the court may for cause extend the time to file a complaint objecting to discharge. The motion shall be filed before the time has expired. It would be improper for the Debtor to receive a discharge in this case before the

2

Trustee or any other party in interest has the opportunity to ascertain whether cause exists for the filing of an objection to discharge.

WHEREFORE, Mary W. Colón, Trustee, requests the Court extend the deadline to Object to Discharge of Debtor an additional 30 days and grant such further relief as this Court deems proper.

DATED: December 12, 2025.

/s/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, FL 32317
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail with postage prepaid to Gordon Clark Smith, 145 Pelican Way, Panama City, FL 32408; Robert C Bruner, Esq., Bruner Wright, P.A., 2868 Remington Green Circle, Suite B, Tallahassee, FL 32308; and Adisley M. Cortez-Rodriguez, Assistant United States Trustee, Office of the U.S.

Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida 32301

on December 12, 2025.

/s/ Mary W. Colón
MARY W. COLÓN