# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

**Case Number:** 25-50180 KKS
**Case Name:** Gordon Clark Smith

**Period Ending:** 12/31/25

**Trustee:** Mary W. Colón
**Filed (f) or Converted (c):** 09/10/25 (f)
**§341(a) Meeting Date:** 10/20/25
**Claims Bar Date:**

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 2700 West Marion Ave Punta Gorda FL 33950-0000 Charlotte County | 375,000.00 | 0.00 | | 0.00 | FA |
| 2 | Ford F350 2022 105280 miles | 52,224.00 | 0.00 | | 0.00 | FA |
| 3 | Chevy 2500 Utility Van 2017 125000 miles | 19,000.00 | 0.00 | | 0.00 | FA |
| 4 | BAJA MARINE INC. (OOB) 20 2003 | 4,500.00 | 1,200.00 | | 0.00 | 4,500.00 |
| 5 | 2 couches, television, 2 beds. dishes, small kitchen appliances, small hand tools | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Desktop computer, laptop computer and cell phone | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 40cal. handgun, 12 ga. shotgun 300 ga rifle | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Casual clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Cash on hand: Cash | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Checking : Hello Credit Union | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Storm Master Construction LLC. | 100.00 | 100.00 | | 0.00 | 100.00 |
| 12 | Cash disbursed and unaccounted for (u) estimated | Unknown | 10,000.00 | | 0.00 | 10,000.00 |
| | **TOTALS** (Excluding Unknown Values) | **$452,524.00** | **$11,300.00** | | **$0.00** | **$14,600.00** |

**Major activities affecting case closing:**
Order ECF No. 24 served ECF No. 25
Motion to Extend Deadline ECF No. 23
Lease requested re: home owned by Land Trust

response due re: invoices and P & L statement for business
claims bar to set
EIN to request
TFR
TDR

**Initial Projected Date of Final Report (TFR):** March 15, 2027      **Current Projected Date of Final Report (TFR):** March 15, 2027

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| January 30, 2026 | /s/ Mary W. Colón |
|---|---|
| Date | Mary W. Colón |

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case